Lonnie D. SNELLING,
Plaintiff/Appellant,

v.

STATE of Missouri, et al.,
Defendants/Respondents.

No. ED 85322.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 22, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 5, 2005.

Application for Transfer Denied
May 31, 2005.

Lonnie Snelling, St. Louis, pro se.

Tiffany B. Kieffer, Assistant Attorney General, St. Louis, MO, for respondents Calvin, Dierker & State of Missouri.

John F. Medler, Jr., St. Louis, MO, for respondent Southwestern Bell Telephone.

Dana K. Joyce, Robert S. Berlin, Jefferson City, MO, for respondent Missouri Public Service Commission.

Before KATHIANNE KNAUP CRANE, P.J., WILLIAM H. CRANDALL, JR., and NANNETTE A. BAKER, JJ.

### ORDER

PER CURIAM.

Plaintiff appeals from a judgment dismissing his petition with prejudice for failure to state a claim. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). No jurisdictional purpose would be served by a written opinion. However, the parties have been

furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

Plaintiff's motion to strike the legal file filed jointly by defendants Judge Robert H. Dierker, Judge Michael B. Calvin, and the State of Missouri, and plaintiff's motion to strike defendant Southwestern Bell Telephone, L.P.'s motion to dismiss appeal and brief are denied.

Southwestern Bell Telephone, L.P.'s motion to dismiss the appeal and brief is denied as moot.